NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAUL A. PHILLIPS, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | 2:20-cv-00916 |
| v. | |
| TRANSUNION, LLC, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____PAUL A. PHILLIPS_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Paul A. Phillips | Plaintiff |
| TransUnion, LLC | Defendant |
| Wajda Law Group, APC | Attorney for Plaintiffs |

01/29/2020
Date

/s/ Nicholas M. Wajda
Signature

Attorney of record for (or name of party appearing in pro per):

Nicholas M. Wajda