SULAIMAN LAW GROUP, LTD.
Taxiarchis Hatzidimitriadis (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181 x110
Facsimile: 630-581-8188
E-Mail: thatz@sulaimanlaw.com
*Attorney for the Plaintiff*

WAJDA LAW GROUP, APC
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for the Plaintiff*

**FILED**
CLERK, U.S. DISTRICT COURT
**DENIED AS MOOT**
3/18/20
CENTRAL DISTRICT OF CALIFORNIA
BY: _____SR_____ DEPUTY

*Note to counsel: Proposed order was not emailed to chambers. Future failure to submit will result in striking of request.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL A. PHILLIPS,

    Plaintiff,

v.

TRANSUNION, LLC,

    Defendant.

Case No. **2:20-cv-00916-JFW-AGR**

**PROPOSED ORDER ON JOINT MOTION TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE**

### ORDER ON JOINT MOTION TO APPEAR BY TELEPHONE BY SCHEDULING CONFERENCE

PAUL A. PHILLIPS ("Plaintiff") and TRANSUNION, LLC ("Defendant") by and through their attorneys, Sulaiman Law Group, Ltd. and Quilling, Selander, Lownds, Winslett and Moser, PC , having filed with this Court their Joint Motion to

1

Appear by Telephone Scheduling Conference and the Court having reviewed same, hereby ORDERED:

1. Counsels for both Plaintiff and Defendant shall be allowed to appear by telephone at the Scheduling Conference.

Dated:

/s/ _____
United States Judge